IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD JEREMY HOWELL,

    Plaintiff,

v.                                       CASE NO. 1:16-cv-00012-MP-GRJ

CAROLYN W COLVIN,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 8, 2016. (Doc. 13).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff has filed objections at Doc. 14, to which the Commissioner responded, Doc. 15.  I have made a de novo review based on those objections.  Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

The Appeals Council denied relief to plaintiff and the Notice of Appeals Council was mailed to plaintiff and plaintiff's counsel on November 5, 2015.  Plaintiff had sixty days from the date of receipt of that Notice to file a federal action.  Under 20 C.F.R. § 422.210(c), the date of receipt of the Appeals Council's notice "shall be presumed to be 5 days after the date of such notice, unless there is a reasonable showing to the contrary."  Thus, unless plaintiff can overcome the presumption, he should have filed his complaint by January 11, 2016, which is 60 days after November 10, 2015.  He filed the complaint in this case on January 19, 2016.  Plaintiff

has offered no evidence of when he received the Notice, so has no basis for overcoming the presumption that he got it by November 10, 2015.  Moreover, the plaintiff offers no evidence to rebut the presumption that his attorney received the Notice by November 10, 2015.  Thus, the Court agrees with the Magistrate Judge that the complaint is untimely and due to be dismissed.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion to Dismiss, Or In the Alternative, Motion for Summary Judgment, Doc. 9, is GRANTED.  This case is dismissed and the Clerk is directed to close the file.

**DONE AND ORDERED** this *21st*  day of November, 2016

                                      *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge